O

# United States District Court
# Central District of California

| | |
|---|---|
| KAREN INGRAM,<br><br>      Plaintiff,<br><br>      v.<br><br>SLOAN D. GIBSON, ACTING SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>      Defendants. | Case No. 2:14-cv-04276-ODW(RZx)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENDING TIME FOR SERVICE OF PROCESS AND ELECTRONIC SERVICE [10]** |

      Before the Court is Plaintiff Karen Ingram's *Ex Parte* Application for Extension of Time to File Proof of Service of Summons Complaint on Defendant Sloan D. Gibson pursuant to Federal Rule of Civil Procedure 4(m) and Authorization for Electronic Service on Defendant MaryAnn Child pursuant to Federal Rule of Civil Procedure 4(f)(3).  (ECF No. 10.)

      The Court finds that, despite counsel's best efforts to serve Mr. Gibson, there remains uncertainty due to a series of excusable errors whether valid service has been completed.   To ensure that Plaintiff's case is not prejudiced, this Court hereby **GRANTS** Plaintiff's *Ex Parte* Application for an **additional 30 days** beyond the 120 days allowed by Federal Rule of Civil Procedure 4(m).  Plaintiff has until **no later than October 31, 2014** to serve defendants in this case.

The Ninth Circuit has endorsed service via email under Rule 4(f)(3) as long as a court balances "the limitations of email service against its benefits" in a particular case. *Rio Props., Inc. v. Rio. Int'l Interlink*, 284 F.3d 1007, 1018 (9th Cir. 2002). The key inquiry is whether the method of service is reasonably calculated under the circumstances to apprise the defendant of the pendency of the action. *Id.* at 1019.

Here, the Court finds that email service on defendant MaryAnn Child is appropriate. Plaintiff has demonstrated due diligence in trying to serve Ms. Child at her home address over a two week period. Plaintiff has also made a showing that email is likely to reach this defendant. Ms. Child provided the EEOC investigator who was investigating Ms. Ingram's retaliation compliant a verified e-mail address "maryann.child@va.gov" and agreed to e-mail service of the transcript of the statement. Ms. Child obtained, reviewed, initialed, signed, and returned the transcript that had been electronically delivered.

Accordingly, the Court **GRANTS** Ingram's *Ex Parte* Application for leave to serve the Summons and First Amended Complaint on Ms. Child **via email**. (ECF No. 10.) Ingram shall serve defendant MaryAnn Child via electronic mail at: maryann.child@va.gov.

**IT IS SO ORDERED.**

September 17, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**